(84 South. 310)

ABRAMS v. STATE. (1 Div. 336.)

(Court of Appeals of Alabama. Dec. 16, 1919 Rehearing Denied Jan. 13, 1920.)

Appeal from Circuit Court, Mobile County Claude A. Grayson, Judge.

William Abrams was convicted of violating the prohibition law, and he appeals. Affirmed.

Foster K. Hale, Jr., of Mobile, for appellant. J. Q. Smith, Atty. Gen., and Lamar Field, Asst. Atty. Gen., for the State.

MERRITT, J. The defendant was convicted for violating the prohibition law, and sentenced to hard labor. There is no bill of exceptions in the record, and it appears that the time for filing the same has expired.

There are no errors in the record, and the judgment of conviction must be affirmed.

Affirmed.